**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br> vs.<br>TINA E. EVANS,<br><br>    Defendant. | 3:13-po-025-JDR<br><br>2051388/AL12<br><br>ORDER OF DISMISSAL<br><br>(Docket No. 2) |

    The government moved pursuant to Federal Rules of Criminal Procedure 48(a) for an order dismissing this case with prejudice. The Motion to Dismiss is GRANTED. The trial by court scheduled for September 12, 2013 is hereby VACATED.

    DATED this 11th day of September, 2013, at Anchorage, Alaska.

                /s/ John D. Roberts
                JOHN D. ROBERTS
                United States Magistrate Judge